UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jeffrey Freeman
        Plaintiff

v.                                                  Civil Action No. 16-40166-ADB

ABC Financial Services, Inc.
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan

8/30/17
Date

Karen P. Folan
Deputy Clerk